# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **SARAH R. JONES** : | |
| : | |
| **PLAINTIFF** : | **Civil Action No. 4:22CV-00122-JHM** |
| V. : | SENIOR JUDGE JOSEPH H. MCKINLEY, JR. |
| : | |
| **TRUEACCORD CORP.** : | |
| : | |
| **DEFENDANT** : | |

## ORDER

Pursuant to the Federal Rules of Civil Procedure, the Court hereby **ORDERS**:

1. **Magistrate Judge H. Brent Brennenstuhl** will conduct a **Rule 16 Scheduling Conference** on **December 21, 2022,** at **10:00 AM CST.** The conference will be conducted **telephonically** with the Court to initiate the call. **Counsel who will try the case shall participate in the conference.** Exceptions to this requirement shall be with the understanding that counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case with respect to the matters to be schedule, (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered, and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed. Fed. R. Civ. P. 16(c) and (f). Counsel shall have conferred with their client(s) and be prepared to discuss dates for scheduling a settlement conference, to take place shortly following the close of discovery in the case.

**If the parties fail to *TIMELY* file the written joint report required by paragraph 4 herein, the Rule 16 Scheduling Conference will not be**

**telephonic, but shall be held in the chambers of Magistrate Judge H. Brent Brennenstuhl, U.S. Courthouse, 241 East Main Street, Bowling Green, Kentucky, on the day and time stated above.  ALL counsel of record and unrepresented parties shall attend in person.**

Requests for a change of the conference date shall be made to the Magistrate Judge's Case Manager, Kelly Lovell, at 270-393-2507.

2. The agenda for the conference shall include all of the items set forth in Rule 16(c), Federal Rules of Civil Procedure, including but not limited to:

   a. The formulation and simplification of the issues.

   b. Admissions of fact, stipulations and avoidance of cumulative evidence.

   c. Consideration of the discovery plan and review of the automatic initial required disclosures.

   d. The possibility of settlement or the use of alternative methods of dispute resolution, including mediation.

   e. The need to adopt special procedures for managing potentially difficult or complex issues.

3. **No later than December 1, 2022,** counsel for the parties shall conduct the meeting of parties required by Rule 26(f) to discuss the nature and basis of their claims and defenses, the possibilities for a prompt settlement or resolution of the case, the exchange of initial disclosures required by Rule 26(a)(1) and to develop a proposed litigation plan.

4. **No later than December 15, 2022,** counsel for the parties shall file a written joint report outlining the proposed discovery plan.  This report shall advise the Court as to the following information:

   a. the parties' views and proposals required by Rule 26(f);

   b. the length of time counsel reasonably believes will be necessary to join other parties and to amend the pleadings;

   c. the length of time counsel reasonably believes will be

        necessary to file dispositive motions; in setting a dispositive motion deadline, the Court will establish the same date for the filing of Daubert motions;

    d.    the length of time counsel reasonably believes will be necessary to complete all pretrial discovery, including expert witness discovery;

    e.    the length of time counsel reasonably believes will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2), with these disclosures to be made during the pretrial discovery phase of the case;

5.    If there is disagreement between the parties as to the specifics of the proposed litigation plan, the parties shall set out the nature of the disagreement in their joint report.

ENTERED BY ORDER OF COURT
SENIOR JUDGE JOSEPH H. MCKINLEY, JR.
UNITED STATES DISTRICT COURT
JAMES J. VILT, JR., CLERK

Date: 11/10/2022    By: *Erica A. Skinner*
                              Erica A. Skinner, Deputy Clerk

Copies to:    Counsel of record
                Kelly Lovell